UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **DALLAS C. TAYLOR** | * | **CIVIL ACTION NO. 11-2036**<br>**SEC. P** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **BURL CAIN, WARDEN** | * | **MAG. JUDGE KAREN L. HAYES** |

### O R D E R

Before the undersigned Magistrate Judge, on reference from the District Court, is Petitioner Dallas C. Taylor's Motion to Strike Respondent's Answer and Memorandum of Law. [doc. # 17] pursuant to Local Rule 7.8.  Movant is a prisoner at the Louisiana State Penitentiary in Angola, Louisiana, and has filed a Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2254.  [doc. # 1].

Local Rule 7.8 states, in pertinent part, "no brief shall exceed 25 pages in length, **exclusive of pages containing a table of authorities or table of contents** . . .[.]"  L.R. 7.8 (emphasis added).  Respondent's corrected Answer and Memorandum of Law [doc. # 14] is in total a 27 page document; however, of those 27 pages, page 1 is a cover caption sheet, page 2 is the "Index[,] " and page 3 is the "Authorities." Therefore, in compliance with Local Rule 7.8, Respondent's brief does not exceed "25 pages in length."  L.R. 7.8.

**IT IS THEREFORE ORDERED** that Petitioner Dallas C. Taylor's Motion to Strike Respondent's Answer and Memorandum of Law [doc. # 17] is **DENIED.**

**THUS DONE AND SIGNED** at Monroe, Louisiana, this 28th day of September 2012.

KAREN L. HAYES
U. S. MAGISTRATE JUDGE