RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 12/13/12

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | | |
|---|---|---|
| DALLAS C. TAYLOR | * | CIVIL ACTION NO. 11-2036 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| WARDEN, LOUISIANA STATE PENITENTIARY | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petitioner's Petition for Writ of *habeas corpus* under 28 U.S.C. § 2254 [Doc. Nos. 1, 6] is hereby **DENIED and DISMISSED WITH PREJUDICE.**

MONROE, LOUISIANA, this 13 day of December, 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE